IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

O'NEILL, BRAGG & STAFFIN, P.C.,  :        CIVIL ACTION
et al.                           :
                                 :
          v.                     :
                                 :
BANK OF AMERICA CORP., et al.    :        NO. 18-2109

ORDER

          AND NOW, this 13th day of November, 2018, for the
reasons set forth in the accompanying memorandum, it is hereby
ORDERED that the motion of defendants to dismiss the first
amended complaint (Doc. # 16) is GRANTED.


                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                        J.