## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| O'NEILL, BRAGG & STAFFIN, P.C., et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No. 2:18-cv-02109-HB |
| : | |
| BANK OF AMERICA : | |
| CORPORATION, et al. : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Plaintiffs O'Neill, Bragg & Staffin, P.C., Gary L. Bragg, Esquire and Alvin M. Staffin, Esquire (collectively, "Plaintiffs") appeal to the United States Court of Appeals for the Third Circuit from the final Order of the United States District Court for the Eastern District of Pennsylvania, Honorable Harvey Bartle III, S.D.J., dated November 13, 2018.

In the Order from which the instant appeal is taken, the Plaintiffs' First Amended Complaint was dismissed in its entirety on the merits.

The interested parties to the Order appealed from hereby and the name and address of their attorney are as follows:

Jarrod D. Shaw
Attorney ID No. 93459
**MCGUIREWOODS LLP**
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
*Attorneys for Defendants-Appellees*
*Bank of America Corporation and*
*Bank of America, N.A.*

{01014582;1}

Dated: December 10, 2018	By:	/s/ Philip S. Rosenzweig
		Philip S. Rosenzweig, Esquire
		Attorney ID No. 62461
		**SILVERANG, DONOHOE,**
		**ROSENZWEIG & HALTZMAN, LLC**
		595 E. Lancaster Avenue, Suite 203
		St. Davids, PA  19087
		(610) 263-0115

		*Attorneys for Plaintiffs-Appellants*

{01014582;1}

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| O'NEILL, BRAGG & STAFFIN, P.C., et al. : | |
| Plaintiffs, : | |
| v. : | Case No. 2:18-cv-02109-HB |
| BANK OF AMERICA : CORPORATION, et al. : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, a true and correct copy of Plaintiffs Notice of Appeal was electronically filed and served on all counsel of record via CM/ECF.

Respectfully submitted,

**SILVERANG, DONOHOE, ROSENZWEIG & HALTZMAN, LLC**

Dated: December 10, 2018     By:    /s/ Philip S. Rosenzweig
Philip S. Rosenzweig, Esquire
Attorney ID No. 62461
595 E. Lancaster Avenue, Suite 203
St. Davids, PA  19087
(610) 263-0115

*Attorneys for Plaintiffs-Appellants*

{01014582;1}