# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3695

O'Neill Bragg & Staffin PC, et al v. Bank of America Corp, et al

(District Court No. 2-18-cv-02109)

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   May 6, 2019
JK/cc:  Melissa Martinez, Esq.
        Philip S. Rosenzweig, Esq.
        Jarrod D. Shaw, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate